IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GABRIEL EDWARDS**, | : | **CIVIL NO. 1:15-CV-1116** |
| | : | |
| Petitioner | : | **(Chief Judge Conner)** |
| | : | |
| v. | : | |
| | : | |
| **ROBERT L. FARLEY, WARDEN**, | : | |
| | : | |
| Respondent | : | |

## ORDER

AND NOW, this 21st day of December, 2016, upon consideration of the petition for writ of habeas corpus (Doc. 1), and in accordance with the court's memorandum of the same date, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is DENIED.

2. The Clerk of Court is directed to SUBSTITUTE Robert L. Farley, Warden at the United States Penitentiary, Big Sandy, in Inez, Kentucky, as the sole respondent in this action.

3. The Clerk of Court is further directed to CLOSE this case.

4. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania